IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:25cr533-MHT
                              )            (WO)
KENDRICK DEANTAY FLYNN        )

ORDER

Upon consideration of the government's motion to rescind the preliminary order of forfeiture and strike the forfeiture allegation from the indictment (Doc. 44), and for good cause shown, it is ORDERED, ADJUDGED and DECREED by the court that:

(1)  The motion is granted.

(2)  The preliminary order of forfeiture (Doc. 25) is rescinded.

(3)  The forfeiture allegation is stricken from the indictment (Doc. 1).

(4)  The court's March 12, 2026 oral order (Doc. 41) granting the government's oral motion for the

preliminary order of forfeiture to be made final and included in the judgment is rescinded.

(5) The government's March 12, 2026 oral motion for the preliminary order of forfeiture to be made final and included in the judgment (Doc. 40) is denied as moot.

DONE, this the 18th day of March, 2026.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

2